JS-6

**FILED**
SEP - 2 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KIYABU,<br><br>Plaintiff,<br><br>v.<br><br>MANSOUR MANSOUR and VILAND MANSOUR, dba MR. S LIQUOR, KAMBIZ YADEGAR, BENJAMIN YADEGAR, and JOSEPH YADEGAR, all individually and as General Partners of FOUR CORNERS INVESTMENT CO., a California General Partnership, and DOES ONE TO TEN, inclusive,<br><br>Defendants. | Case No. 2:10-CV-02063-JST (JEMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Randy Kiyabu v. Mansour Mansour, et al.</u>, Case Number 2:10-CV-02063-JST (JEMx), is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

Dated: 9/02/10

JOSEPHINE STATON TUCKER
U.S. DISTRICT COURT JUDGE